UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-20273-CV-GOLD/TURNOFF

MIHAIL B. MANOLACHE,

      Plaintiff,

vs.

INTERNATIONAL CRUISE SERVICES,
INC, AND OCEANIA CRUISES, INC.,

      Defendants.

_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Compel Better Answers to Plaintiff's Initial Interrogatories and Motion for Sanctions **[D.E. 43]**, Plaintiff's Motion to Compel Request for Production **[D.E. 45]**, Plaintiff's Motion to Compel Responses to Expert Witness Interrogatories **[D.E. 46]**, Plaintiff's Motion to Compel Better Answers to Plaintiff's Initial Interrogatories **[D.E. 48]**, Plaintiff's Motion for Sanctions **[D.E. 49]**, Defendants' Motion to Compel Answers to Expert Witness Interrogatories **[D.E. 57]**, Plaintiff's Motion for Leave to File Discovery Motions **[D.E. 58]**, and Defendants' Motion to Continue Hearing **[D.E. 59]**. A hearing on the above-captioned motions took place before the undersigned on Monday, December 10, 2007.

Upon review of the motions, the responses, hearing argument from counsel and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows.

Plaintiff's Motion to Compel Request for Production **[D.E. 45]** is **GRANTED-IN-PART** consistent with the instructions stated in open Court.   Defendants are to provide responses to the discovery at issue by close of business on **Monday, December 17, 2007**.   If no responsive

documents exist, Defendants shall so state in writing.    A privilege log shall be produced if applicable.  The above time frame for compliance shall apply to all motions addressed in this Order.

Plaintiff's Motion to Compel Better Responses to Expert Witness Interrogatories **[D.E. 46]** is **GRANTED-IN-PART** consistent with the instructions and limitations as stated in open Court. Specifically, Defendants shall provide Plaintiff with a response as to how many opinions its expert witness has rendered to the defense counsel's law firm within the past four (4) years.

Plaintiff's Motion to Compel Better Answers to Plaintiff's Initial Interrogatories **[D.E. 48]** is **GRANTED** consistent with the Court's ruling as to **[D.E. 45]**.

Plaintiff's Motion for Sanctions is **[D.E. 49]** s hereby **DENIED** *without prejudice*.

Defendants' Motion to Compel Answers to Expert Witness Interrogatories **[D.E. 57]** is **GRANTED.**

Plaintiff's Motion for Leave to File Discovery Motions **[D.E. 58]** is **DEEMED MOOT.**

Defendants' Motion to Continue Hearing **[D.E. 59]** is **DEEMED MOOT.**

It is **FURTHER ORDERED AND ADJUDGED** that Each party shall bear its own fees and costs in connection with the filing of all motions addressed herein.

Lastly, the Court's *sua sponte* review of the docket reveals that **[D.E.s 48 &  49]** were originally filed as one (1)  motion with two (2) separate requests for relief.  See **[D.E. 43]**.  In light of the foregoing   **[D.E. 43]** is hereby **DEEMED MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 11th day of December 2007.

_____

**William C. Turnoff**
**United States Magistrate Judge**

**cc:** Hon. Alan S. Gold
     Counsel of Record